# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: FERGUSON, GRICE J | § Case No. 10-00560 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/17/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/09/2010        By: /s/DEBORAH K. EBNER
                                   Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FERGUSON, GRICE J | § | Case No. 10-00560 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,001.94 |
| *and approved disbursements of* | $ 1,547.86 |
| *leaving a balance on hand of* [1] | $ 7,454.08 |
| **Balance on hand:** | $ 7,454.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,454.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - DEBORAH K. EBNER | 1,495.41 | 0.00 | 1,495.41 |
| Trustee, Expenses - DEBORAH K. EBNER | 4.76 | 0.00 | 4.76 |

Total to be paid for chapter 7 administration expenses:  $ 1,500.17
Remaining balance:  $ 5,953.91

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims:  $ 0.00
Remaining balance:  $ 5,953.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,561.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 1 | Chase Bank USA, N.A. | 2,324.42 | 0.00 | 1,020.47 |
|---|---|---|---|---|
| 2 -2 | Churchill Club Master Association | 355.50 | 0.00 | 156.07 |
| 3 | American Infosource Lp As Agent for Asta-Vativ | 6,022.05 | 0.00 | 2,643.79 |
| 4 | American Infosource Lp as Agent for MBNA | 4,859.88 | 0.00 | 2,133.58 |

Total to be paid for timely general unsecured claims:  $       5,953.91
Remaining balance:  $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:  $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:  $       0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mjerdine              Page 1 of 1              Date Rcvd: Nov 12, 2010
Case: 10-00560                Form ID: pdf006             Total Noticed: 17

The following entities were noticed by first class mail on Nov 14, 2010.
db           +Grice J Ferguson,    PO Box 826,    Plainfield, IL 60544-0826
aty          +Nisha B Parikh,    Legal Helpers,    233 S. Wacker Dr Suite 5150,    Chicago, IL 60606-6371
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
14938319     +Abc Credit & Recovery,    4736 Main St Ste 4,    Lisle, IL 60532-1986
14938320      Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
14938321     +Cefcu,    Po Box 1715,    Peoria, IL 61656-1715
14938322     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15180361      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14938323     +Churchill Club Master Association,    James A Webb/Keay & Costello, P.C,
               128 South County Farm Road,    Wheaton, IL 60187-2400
14938324     +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
14938325     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14938326     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
14938327    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/rs,    Hsbc Retail Services Attn: Bankruptcy,    Po Box 15522,
               Wilmington, DE 19850)
14938328     +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
14938329     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432

The following entities were noticed by electronic transmission on Nov 13, 2010.
15485975      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2010 03:20:26
               American Infosource Lp As Agent for,    Asta-Vativ,    PO Box 248838,
               Oklahoma City, OK  73124-8838
15559183      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2010 03:20:26
               Fia Card Services, NA/Bank of America (USA),    by American Infosource Lp As Its Agent,    MBNA,
               PO Box 248809,    Oklahoma City, OK  73124-8809
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2010**                    **Signature:** _Joseph Speetjens_