# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FERGUSON, GRICE J                                    Case No. 10-00560
_____,                    Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                         Assets Exempt: $9,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,954.06      Claims Discharged
                                                Without Payment: $199,453.79

Total Expenses of Administration: $1,500.17

---

   3) Total gross receipts of $  9,002.09   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  1,547.86   (see **Exhibit 2**), yielded net receipts of $7,454.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,500.17 | 1,500.17 | 1,500.17 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 199,359.50 | 13,561.85 | 13,561.85 | 5,954.06 |
| **TOTAL DISBURSEMENTS** | $199,359.50 | $15,062.02 | $15,062.02 | $7,454.23 |

    4) This case was originally filed under Chapter 7 on January 08, 2010. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2011_____      By: /s/DEBORAH K. EBNER_____
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stocks | 1129-000 | 9,000.00 |
| Interest Income | 1270-000 | 2.09 |
| **TOTAL GROSS RECEIPTS** | | **$9,002.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Grice Ferguson | Satisfaction of Exemption of $2900.00 - Funds in acct # NXC-003756-1 abandoned to debtor $1352.14 + this 1547.86 in full satifaction of exemption | 8100-002 | 1,547.86 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,547.86** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,495.41 | 1,495.41 | 1,495.41 |
| DEBORAH K. EBNER | 2200-000 | N/A | 4.76 | 4.76 | 4.76 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,500.17 | 1,500.17 | 1,500.17 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 2,324.00 | 2,324.42 | 2,324.42 | 1,020.49 |
| 2 -2 | Churchill Club Master Association | 7100-000 | 330.50 | 355.50 | 355.50 | 156.08 |
| 3 | American Infosource Lp As Agent for Asta-Vativ | 7100-000 | N/A | 6,022.05 | 6,022.05 | 2,643.86 |
| 4 | American Infosource Lp as Agent for MBNA | 7100-000 | 4,859.00 | 4,859.88 | 4,859.88 | 2,133.63 |
| NOTFILED | Countrywide Home Lending | 7100-000 | 141,953.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs Hsbc Retail Services Attn: Bankruptcy | 7100-000 | 12,075.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Lending | 7100-000 | 35,918.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cefcu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Abc Credit & Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 199,359.50 | 13,561.85 | 13,561.85 | 5,954.06 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-00560  
**Case Name:** FERGUSON, GRICE J  

**Period Ending:** 02/13/11

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 01/08/10 (f)  
**§341(a) Meeting Date:** 02/03/10  
**Claims Bar Date:** 05/18/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Chase | 600.00 | 0.00 | | 0.00 | FA |
| 2 | Miscellaneous used household goods | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Personal used clothing | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Employer - Term Life Insurance - no cash surrend | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Pension through employer | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Stocks | 12,668.72 | 9,768.72 | | 9,000.00 | FA |
| 7 | 1997 Buick Regal, 164,000 miles | 1,520.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.09 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | **$18,488.72** | **$9,768.72** | | **$9,002.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report filed, distribution made.  Trustee awaiting clearance of checks

**Initial Projected Date Of Final Report (TFR):** December 31, 2015    **Current Projected Date Of Final Report (TFR):** November 9, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-00560 | | Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- | --- | --- | --- |
| Case Name: | FERGUSON, GRICE J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******15-65 - Money Market Account |
| Taxpayer ID #: | **-***8658 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/27/10 | {6} | Maxim Group, LLC | Paid to the Order of Grice Ferguson - endorsed over to Trustee : Per Debtor, MAxim retained $2,000.00 (to which his exemption would apply). I advised Debtor that I needed to get an accounting of the balance and would thereafter issue a check for the unpa | 1129-000 | 9,000.00 | | 9,000.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 9,000.03 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 9,000.56 |
| 06/01/10 | 1001 | Grice Ferguson | Satisfaction of Exemption of $2900.00 - Funds in acct # NXC-003756-1 abandoned to debtor $1352.14 + this 1547.86 in full satifaction of exemption | 8100-002 | | 1,547.86 | 7,452.70 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 7,453.14 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.45 | | 7,453.59 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 7,454.02 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,454.08 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,454.14 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,454.20 |
| 12/17/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 7,454.23 |
| 12/17/10 | | To Account #9200******1566 | to close | 9999-000 | | 7,454.23 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,002.09 | 9,002.09 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,454.23 | |
| | | | Subtotal | | 9,002.09 | 1,547.86 | |
| | | | Less: Payments to Debtors | | | 1,547.86 | |
| | | | NET Receipts / Disbursements | | $9,002.09 | $0.00 | |

{} Asset reference(s)

Printed: 02/13/2011 07:36 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-00560 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | FERGUSON, GRICE J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******15-66 - Checking Account |
| Taxpayer ID #: | **-***8658 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/17/10 | | From Account #9200******1565 | to close | 9999-000 | 7,454.23 | | 7,454.23 |
| 12/18/10 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $4.76, Trustee Expenses; Reference: | 2200-000 | | 4.76 | 7,449.47 |
| 12/18/10 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $1,495.41, Trustee Compensation; Reference: | 2100-000 | | 1,495.41 | 5,954.06 |
| 12/18/10 | 103 | Chase Bank USA, N.A. | Dividend paid 43.90% on $2,324.42; Claim# 1; Filed: $2,324.42; Reference: XXXXXXXX1078 | 7100-000 | | 1,020.49 | 4,933.57 |
| 12/18/10 | 104 | Churchill Club Master Association | Dividend paid 43.90% on $355.50; Claim# 2 -2; Filed: $355.50; Reference: XXXXX-9885 | 7100-000 | | 156.08 | 4,777.49 |
| 12/18/10 | 105 | American Infosource Lp As Agent for Asta-Vativ | Dividend paid 43.90% on $6,022.05; Claim# 3; Filed: $6,022.05; Reference: | 7100-000 | | 2,643.86 | 2,133.63 |
| 12/18/10 | 106 | American Infosource Lp as Agent for MBNA | Dividend paid 43.90% on $4,859.88; Claim# 4; Filed: $4,859.88; Reference: 6657 | 7100-000 | | 2,133.63 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,454.23 | 7,454.23 | $0.00 |
| | | | Less: Bank Transfers | | 7,454.23 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,454.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $7,454.23 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******15-65 | 9,002.09 | 0.00 | 0.00 |
| Checking # 9200-******15-66 | 0.00 | 7,454.23 | 0.00 |
| | $9,002.09 | $7,454.23 | $0.00 |

{} Asset reference(s)

Printed: 02/13/2011 07:36 PM    V.12.54